UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOAQUIM JOHN DUARTE JR.,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-498-CEM-LHP**

**COMMISSIONER SOCIAL SECURITY,**

**Defendant.**
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Claimant's Briefing which was filed on the docket as a Motion for Judgment on the Pleadings (Doc. 18). The United States Magistrate Judge issued a Report and Recommendation (Doc. 20), recommending that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order.

2. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings as set forth in the Report and Recommendation.
3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Claimant and against the Commissioner, terminate the Motion for Judgment on the Pleadings (Doc. 18), and thereafter, close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record